William E. Thomson, Jr. (SBN 47195)
**BROOKS KUSHMAN P.C.**
445 S. Figueroa Street, Suite 3100
Los Angeles, California 90071-1635
Phone: (213) 622-3003
wthomson@brookskushman.com

Mark A. Cantor (Admitted *Pro Hac Vice*)
Marc Lorelli (Admitted *Pro Hac Vice*)
**BROOKS KUSHMAN P.C.**
1000 Town Center, Twenty-Second Floor
Southfield, Michigan 48075
(248) 358-4400 / F: (248) 358-3351
mcantor@brookskushman.com
mlorelli@brookskushman.com

*Attorneys for Plaintiff*
*FKA Distributing Co., LLC*
*d/b/a HoMedics*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FKA DISTRIBUTING CO., LLC d/b/a HoMedics,<br><br>　　　　Plaintiff,<br>v.<br><br>MERCHSOURCE, LLC,<br><br>　　　　Defendant. | Case No.  8:20-cv-02378-JLS-ADS<br>Hon. Josephine L. Stanton<br>Magistrate Judge Autumn D. Spaeth<br><br>**DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby dismiss this case without prejudice, with each side to bear its own costs and attorneys' fees.

Respectfully submitted,

/s/ Mark A. Cantor
Mark A. Cantor (*Pro Hac Vice*)
Marc Lorelli (*Pro Hac Vice*)
**BROOKS KUSHMAN P.C.**
1000 Town Center, 22nd Floor
Southfield, Michigan 48075
(248) 358-4400 / F: (248) 358-3351
mcantor@brookskushman.com
mlorelli@brookskushman.com

William E. Thomson, Jr. (SBN 47195)
**BROOKS KUSHMAN P.C.**
445 S. Figueroa Street, Suite 3100
Los Angeles, California 90071-1635
Phone: (213) 622-3003
wthomson@brookskushman.com

*Attorneys for Plaintiff*

Dated: September 28, 2021

/s/ Mark Johnson*
MARK C. JOHNSON (Pro Hac Vice)
mjohnson@rennerotto.com
KYLE B. FLEMING (Bar No. 166386)
kfleming@rennerotto.com
SARAH L. BOONE (Pro Hac Vice To Be Filed)
sboone@rennerotto.com
**RENNER OTTO**
1621 Euclid Avenue, Floor 19
Cleveland, Ohio 44115
T: 216.621.1113
F: 216.621.6165

**JEFFER MANGELS BUTLER & MITCHELL LLP**
GREGORY CORDREY (Bar No. 190144)
gcordrey@jmbm.com
JOSEPH J. MELLEMA (Bar No. 248118)
jmellema@jmbm.com
3 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 623-7200
Facsimile: (949) 623-7202

*Attorneys for Defendant*

*Pursuant to Local Rule 5-4.3.4(a)(2), the filing party attests that Defendant's counsel concurs in the content of this DISMISSAL and has authorized its filing with his electronic signature.